# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 3, 2014

### NO. 03-13-00210-CV

**Texas Medical Board and, in their Official Capacities Only; Irvin E. Zeitler, Jr., D.O.; President, Marl Robinson; Executive Director, Michael Arambula, M.D., Pharm.D.; James Scott Holliday, D.O.; and Carlos L. Gallardo, Members of the Board, Appellants**

**v.**

**Benjamin Wiseman, M.D., Appellee**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED AS MOOT -- OPINION BY JUSTICE PURYEAR**

This is an interlocutory appeal from the order signed by the trial court on March 22, 2013. Having reviewed the record, it appears to the Court that nothing is presented for review. Therefore, the Court dismisses the appeal as moot. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 3, 2014

## NO. 03-13-00291-CV

**Benjamin Wiseman, M.D. Appellant**

**v.**

**Texas Medical Board and, in their Official Capacities Only; Irvin E. Zeitler, Jr., D.O.;
President, Marl Robinson; Executive Director, Michael Arambula, M.D., Pharm.D.;
James Scott Holliday, D.O.; and Carlos L. Gallardo, Members of the Board, Appellees**

### APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on April 22, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.